In the Matter of SAFIYAH T. DUTCHESS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TOMMIE D.T., Appellant, et al., Respondent. [18 NYS3d 878]—Appeal from an order of fact-finding of the Family Court, Dutchess County (Denise M. Watson, J.), dated June 2, 2014. The order, after a hearing, found that the father neglected the subject child.

Ordered that the order of fact-finding is affirmed, without costs or disbursements.

The Family Court's finding that the father neglected the child was supported by a preponderance of the evidence presented at the fact-finding hearing (*see Matter of Beautisha B. [Racquirine A.]*, 115 AD3d 854, 854 [2014]; *see also* Family Ct Act § 1046 [b]; *Matter of Tammie Z.*, 66 NY2d 1, 3 [1985]). The Family Court's determinations regarding the credibility of witnesses is entitled to considerable deference unless clearly unsupported by the record (*see Matter of Ariel R. [Danielle K.]*, 118 AD3d 1010, 1010 [2014]; *Matter of Denis F., Jr. [Denis F., Sr.]*, 112 AD3d 626, 627 [2013]; *Matter of Christiana C. [Carleton C.]*, 86 AD3d 606, 607 [2011]; *Matter of Andrew B. [Deborah B.]*, 73 AD3d 1036, 1036 [2010]). A parent can be found to have neglected a child by refusing to take the child into his or her home and by indicating a desire to have no contact with, or responsibility for, the child (*see Matter of Ariel R. [Danielle K.]*, 118 AD3d at 1010; *Matter of Shawntay S. [Stephanie R.]*, 114 AD3d 502, 502 [2014]; *Matter of Clayton OO. [Nikki PP.]*, 101 AD3d 1411, 1412 [2012]; *Matter of Nyia L. [Egipcia E.C.]*, 88 AD3d 882, 883 [2011]; *Matter of Jalil McC. [Denise C.]*, 84 AD3d 1089, 1090 [2011]; *Matter of Janice G. [Linda H.]*, 70 AD3d 1210, 1211 [2010]). Here, the evidence demonstrated that, despite knowing that the child was homeless, the father abdicated his responsibility as a parent and made it clear that he did not feel it was his responsibility to provide for the child (*see Matter of Ariel R. [Danielle K.]*, 118 AD3d at 1010; *Matter of Shawntay S. [Stephanie R.]*, 114 AD3d at 502; *see Matter of Nyia L. [Egipcia E.C.]*, 88 AD3d at 883; *Matter of Jalil McC. [Denise C.]*, 84 AD3d at 1090). Leventhal, J.P., Cohen, Duffy and LaSalle, JJ., concur.